717

■ Rocco MASTRELLA, Appellant, v. JULE H. MILES et al., Respondents.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Monroe Special Term requiring plaintiff to submit to a second physical examination.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Order unanimously reversed and proceeding remitted to Monroe County Court for a hearing. Memorandum: An indictment was returned against petitioner on July 19, 1951, charging him with the crime of murder, first degree, committed on July 15, 1951. It appears that petitioner was apprehended on July 16, 1951 and thereafter gave a detailed statement to the police. The prosecutor concedes that on July 17, 1951 petitioner was arraigned upon an information charging murder, first degree. It appears from the transcript of the trial testimony that petitioner was then represented by an attorney. It further appears from the same source that on the following day, July 18, petitioner was " again questioned (by the police) with regard to some details ". No appeal was taken from the judgment of conviction. In the present *coram nobis* proceeding it is claimed that appellant was interrogated by the police on the latter date without the presence of his then counsel in violation of his constitutional rights. In our opinion a hearing should have been granted to permit petitioner to present evidence upon this subject (cf. *Spano* v. *New York*, 360 U. S. 315; *People* v. *Di Biasi*, 7 N Y 2d 544). (Appeal from order of Monroe County Court denying defendant's application to vacate judgment of conviction rendered December 27, 1951.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of BURTON GLASER, Respondent, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Appellants.— Order unanimously reversed and proceeding dismissed, without costs of this appeal to any party. Memorandum: Special Term was without authority to direct the issuance of a license to petitioner. (Cf. *Matter of Amigone* v. *State Liq. Auth.*, 12 A D 2d 993.) In accordance with the stipulation the order is reversed and the proceeding dismissed. We construe the remaining portion of the stipulation to mean that appellants' determination revoking petitioner's license should be confirmed. This may not be implemented because the merits of that determination are not presented by the record before us. (Appeal from order of Erie Special Term directing the Liquor Authority to issue a renewal of petitioner's expired liquor license and to reschedule a hearing of the charges.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ DONALD J. GRUNDER, Appellant, v. PREMIER INDUSTRIAL CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ (A) In the Matter of EDWARD T. BECKWITH et al., as Trustee under the Will of MELVILLE CLARK, Deceased, Respondents, v. DOROTHY C. WOODWORTH, Appellant. DOROTHY C. WOODWORTH, Appellant, v. TIMOTHY D. CLARK et al., Individually and as Executors and Trustees under the Will of MELVILLE CLARK, Deceased, Respondents. (B) BERNARD HYMAN et al., Plaintiffs, v. MAHLON KINTZ et al., Defendants. (C) In the Matter of CAROLINE SCHLEGEL, Petitioner, v. LINCOLN ROCHESTER TRUST Co., Respondent.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, v. FRANCIS C. BITTNER (Julian Atwater, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK, v. NEAL BOYE (Vincent E. Doyle, Jr., Esq.). (C) THE PEOPLE OF THE STATE OF NEW YORK, v. JOSEPH DAMANSKI (Maurice N. McGrath, Esq.). (D) THE PEO-

PLE OF THE STATE OF NEW YORK, v. RICHARD GRAY (Ferdinand Picardi, Esq.). (E) THE PEOPLE OF THE STATE OF NEW YORK, v. WILLIAM R. HOLLEY, JR. (Stanley A. Moskal, Jr., Esq.). (F) THE PEOPLE OF THE STATE OF NEW YORK, v. JOSHAWAY JACKSON (Vincent Assini, Esq.). (G) THE PEOPLE OF THE STATE OF NEW YORK, v. VERNON LINDSEY (Edward K. O'Shea, Esq.). (H) THE PEOPLE OF THE STATE OF NEW YORK, v. JOHN MOESEL (W. Donn McCarthy, Esq.). (I) THE PEOPLE OF THE STATE OF NEW YORK, v. WILLIAM RICE (LaVerne O'Dell, Esq.). (J) THE PEOPLE OF THE STATE OF NEW YORK, v. JOHN ALBERT ROHALY (William Wright, Esq.). (K) THE PEOPLE OF THE STATE OF NEW YORK, v. THOMAS H. SCOTT (Joseph D. Norris, Esq.). (L) THE PEOPLE OF THE STATE OF NEW YORK, v. VERNAL FREDERICK SEYMOUR (Allan Patch, Esq.). (M) THE PEOPLE OF THE STATE OF NEW YORK, v. SYLVANUS PAUL SUPERNAULT (David Read, Esq.). (N) THE PEOPLE OF THE STATE OF NEW YORK, v. GEORGE V. WHALEN (John Powell, Esq.). (O) THE PEOPLE OF THE STATE OF NEW YORK, v. JAMES WILLIAMS and ANDREW WILLIAMS (George S. Schlesinger, Esq.). (P) THE PEOPLE OF THE STATE OF NEW YORK, v. ROBERT S. ZIGMAN and ALEXANDER MYSTEK (Paul Hanrahan, Esq.). (Q) THE PEOPLE OF THE STATE OF NEW YORK, v. MATTHEW J. LAMBERT (No counsel). [In each action] Motion granted to appeal on original record and typewritten briefs, and counsel assigned.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARTER, Appellant.— Motion denied as to denial of the oral motion during the course of the hearing before the Onondaga County Court on August 4, 1960, upon the ground that there is not presently pending in this court any appeal therefrom. Motion granted to prosecute appeal on original papers, typed briefs, from order of December 3, 1960, and Raymond Hackbarth, Esq., assigned as counsel.

■ LEO H. GOODMAN, Respondent, v. JOHN S. CUNNINGHAM, Appellant. (B) In the Matter of the Construction of the Will of TINA H. HALE, Deceased. (And two Other Proceedings.) — [In each action] Appeal dismissed unless records and briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ DONALD ATKINSON, Respondent, v. SPAULDING-YATES, INC., et al., Appellants.— Motion granted and conditional order modified to provide that record is to be filed by April 17, 1961; appellant Spaulding-Yates brief by April 19; appellant railroad brief by April 19; respondent's brief by April 29, 1961, in which event the case will be added to the May Term for argument.

■ In the Matter of RICHARD BOTENS et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF CUBA, Respondent.— Motions granted to both parties to file and serve typewritten briefs. Appeal dismissed unless briefs are filed by April 12, 1961. Respondent's brief must be filed by April 27 if appeal is to be argued at May 1961 Term.

■ DONALD CLARK et al., Respondents, v. ALMEDA C. WATERS, Appellant. — Motion granted and case added to calendar for Wednesday, April 5, 1961.

■ In the Matter of the Accounting of FIRST TRUST & DEPOSIT Co., as Executor of ROBERT MCLUSKY, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before April 17, 1961. Respondent's brief must be filed by April 27 if appeal is to be argued at May 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH HOWARD BORRERO, Petitioner, v. GERALD HOWARD, Respondent.— Motion to dispense with printing certain papers on appeal denied on ground that the papers are insufficient, without prejudice to renew upon appropriate papers.